**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 SEP 26  PM 3: 21

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**HUNTLY ABBOTT RINCK**,<br><br>Defendant. | No. ____19-CR-157____<br><br>**18 U.S.C. §§ 1466(b)(1) and (d) and 2252A(b)(2)**<br>(Possession of Obscene Visual Representations of the Sexual Abuse of Children) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 8, 2019, in the District of Wyoming, the Defendant, **HUNTLY ABBOTT RINCK**, did knowingly possess visual depictions of minors engaging in sexually explicit conduct which were obscene, and which were produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, namely, a Western Digital hard drive, a product of Thailand.

In violation of 18 U.S.C. §§ 1466(b)(1) and (d) and 2252A(b)(2).

A TRUE BILL:

*/s/ Ink Signature on File in Clerk's Office*
FOREPERSON

MARK A. KLAASSEN
United States Attorney

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**          **HUNTLY ABBOTT RINCK**

**DATE:**                    September 24, 2019

**INTERPRETER NEEDED:**      No

**VICTIM(S):**               Yes

**OFFENSE/PENALTIES:**       **18 U.S.C. §§ 1466(b)(1) and (d) and 2252A(b)(2)**
                             (Possession of Obscene Visual Representations of the Sexual
                             Abuse of Children)

                             10-20 Years Imprisonment
                             Up To $250,000 Fine
                             5 Years To Life Supervised Release
                             $100 Special Assessment
                             $5,000 Special Assessment Pursuant To The Victims Of Sex
                             Trafficking Act Of 2015

**AGENT:**                   Shannon Patak, HSI/ICAC

**AUSA:**                    Timothy J. Forwood, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                     1 to 5 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                      Yes

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**             No