FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 DEC 12 PM 3:40

MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   **19-CR-157-J** |
| Plaintiff, | |
| | **Ct 1:**  **18 U.S.C. §§ 1466A(b)(1) and (d) and 2252A(b)(2)** (Possession of Obscene Visual Representations of the Sexual Abuse of Children) |
| v. | |
| **HUNTLY ABBOT RINCK,** | |
| Defendant. | **Ct 2:**  **18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)** (Possession of Child Pornography) |

---

### SUPERSEDING INFORMATION

---

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about May 8, 2019, in the District of Wyoming, the Defendant, **HUNTLY ABBOT RINCK**, did knowingly possess visual depictions of minors engaging in sexually explicit conduct which were obscene, and which were produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, namely, a Western Digital hard drive, a product of Thailand.

In violation of 18 U.S.C. §§ 1466A(b)(1) and (d) and 2252A(b)(2).

### COUNT TWO

On or about May 8, 2019, in the District of Wyoming, the Defendant, **HUNTLY ABBOT RINCK**, did knowingly possess material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involve prepubescent minors, and which

were produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, namely, the Defendant possessed a 1 TB Hitachi Global Storage Technologies (HGST) hard drive, a product of China, that contains digital images depicting prepubescent minors engaged in sexually explicit conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

DATED this 12 day of December, 2019.

MARK A. KLAASSEN
United States Attorney

By: _____
TIMOTHY J. FORWOOD
Assistant United States Attorney

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**        **HUNTLY ABBOT RINCK**

**DATE:**        ~~November 19, 2019~~ December 12, 2019 (TF)

**INTERPRETER NEEDED:**        No

**VICTIM(S):**        Yes

**OFFENSE/PENALTIES:**

**Ct: 1**    **18 U.S.C. §§ 1466A(b)(1) and (d) and 2252A(b)(2)**
(Possession of Obscene Visual Representations of the Sexual Abuse of Children)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015

**Ct: 2**    **18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)**
(Possession of Child Pornography)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up to $35,000 Special Assessment and Mandatory Restitution of not less than $3,000 per Requesting Victim Pursuant to the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018

**TOTALS:**

20-40 Years Imprisonment
Up To $500,000 Fine
5 Years To Life Supervised Release
$200 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up to $35,000 Special Assessment and Mandatory Restitution of not less than $3,000 per Requesting Victim Pursuant to the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018

**AGENT:**

Shannon Patak, HSI/ICAC

**AUSA:**

Timothy J. Forwood, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**

1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**

Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**

No